**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-1018**

---

KENNETH M. CASE,

        Plaintiff - Appellant,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant - Appellee,

    and

SOCIAL SECURITY ADMINISTRATIVE RECORD,

        Party in Interest.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson. Bruce H. Hendricks, Magistrate Judge. (8:06-cv-02293-BHH)

---

Submitted: July 31, 2008       Decided: September 11, 2008

---

Before WILKINSON, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard J. Paul, Charleston, South Carolina, for Appellant. Kevin F. McDonald, Acting United States Attorney, Marvin J. Caughman, Assistant United States Attorney, Columbia, South Carolina; Robert L. Van Saghi, Special Assistant United States Attorney, Deana R. Ertl-Lombardi, Regional Chief Counsel, Yvette G. Keesee, Deputy

Regional Chief Counsel, Thomas S. Inman, Assistant Regional Counsel, Denver, Colorado, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth M. Case appeals the magistrate judge's order affirming the Commissioner's decision to deny disability insurance benefits and supplemental security income.[*]  We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied.  See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996).  We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error.  Accordingly, we affirm. See Case v. Astrue, No. 8:06-cv-02293-BHH (D.S.C. Oct. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).